FIRST DISTRICT.

George M. Gatts and Grace Hayward Gatts, appellants, v. Essanay Film Manufacturing Company, appellee. Gen. No. 27,361.

Suit to cancel a contract for the sale to and production by defendant of a motion picture and for incidental relief. Bill dismissed for want of equity. Appeal from the Circuit Court of Cook county; the Hon. Oscar M. Torrison, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed October 3, 1922. *Certiorari* denied by Supreme Court (making opinion final).

Frank J. Hogan and Abel L. Allen, for appellants. William A. Jennings, for appellee; Charles S. Deneen, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Marion Alexander, plaintiff in error. Gen. No. 27,449.

Prosecution for assault with a deadly weapon. Defendant convicted. Error to the Criminal Court of Cook county; the Hon. John R. Caverly, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed October 3, 1922.

Sheadrick B. Turner, for plaintiff in error. Robert E. Crowe, for defendant in error; Edward E. Wilson and Clyde C. Fisher, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

George Ehrat, trading as George Ehrat & Company, appellee, v. International Mercantile Marine Company et al., on appeal of International Mercantile Marine Company, appellant. Gen. No. 27,459.

Action for breach of contract for the carriage of cheese. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Lee W. Carrier, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Reversed and remanded. Opinion filed October 3, 1922. Rehearing denied October 16, 1922.

Loesch, Scofield, Loesch & Richards, for appellant. H. C. Lust and Maddock, Jaffe & Green, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

James Kazlauskas, appellee, v. Fort Dearborn Casualty Underwriters, appellant. Gen. No. 27,510.

Action on an automobile fire insurance policy. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Frank E. Reed, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed October 3, 1922.

Bassler, Bippus & Rose and Hollywood & Tate, for appellant; Murphy O. Tate, of counsel. Gordon Berg and George R. Fitzmaurice, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.